RE: Miriam Enriqueta Villena   ☐ PRO SE   Case # 13-14440 AJC

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

__ Tax returns: 2010    Corp 2010  2011 2012
✓ Bank Account Statements    months pre-petition
#0331 1/27 - 2/22

__ Check copy
_____ /ehicles

✓ FMV and Payoff: Real Estate
$7000 / $12735 — all
__ Non homestead Information Sheet
__ Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
__ BDQ & attachments
__ Profit and loss and Balance Sheet
__ Bank statements and all checks _____ months

__ Fee application (see court guideline 6)
__ Income understated ____ stubs ____ taxes
   co-debtor ____ stubs ____ taxes

amend plan to correct total plan payments to cr's in cram down

amend Sch D to provide description of properties
__ D/I >100%  <90%  Feasibility
__ Info on transfer SOFA #3 #10 undisclosed
__ Tolling Agreement(s)

Other: Place correct creditor info in plan w/ complete address and acct
Explain $1950 & $400 cash withdrawal on 1/28 & $1300 on 12/7
Amend plan to provide for Melrose in secured portion of plan

✓ Photo ID(s)  ☒ LF 90  ☒ LF67  ☐ LF10
__ Domestic Support Info: name address and phone
✓ Affidavits of ____ support ✓ rent for #5445
✓ Missing ☒ 2016(B) ☒ Other Adm fees
✓ Other provisions ☒ IVL ☐ 100% ☐ lawsuit
   ☐ gambling ☐ HAMP ☐ LMM
✓ Plan does not fund
__ Calculation errors/improper months
✓ Valuation motion ☒ not filed ☐ not resolved
✓ Reaffirm, redeem or surrender Sch D & G creditor
✓ Creditor on plan not listed in Schedules or filed POC

✓ Object or Conform to Proof of Claim
Cl #2 Miami-Dade County   ✓ Tax Certificate(DE# 29)
__ Dept of Revenue    __ IRS
#3 Wells
Cl # 7 Castle Beach

__ Objection to Exemption (specifics to be filed)
   To be heard with confirmation at 1:30 pm
✓ Ch 7 s/b 11,989
__ Good faith to unsecured
__ Expenses: documentation/calculation: CMI line
Rental income not in CMI (see Sch I)

✓ CMI/DI 1,932.54 x 60 = 115,952.40
☐ Plus income/expenses issues ☐ Trustee est. $____
__ Undervalued collateral should be crammed down

— Plan & SOFA #9 do not match —

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (15 days before confirmation hearing) may not be considered or reviewed until the next hearing date. 5pm refers to the end of business on the hearing date. *The debtor or debtor's attorney must appear at the confirmation hearing*

***The Trustee's recommendation for the confirmation hearing on  May 21, 2013  is as follows:
**Case Reviewed On: May 10, 2013**
**Trustee recommending dismissal, following issues unresolved:** a) bank stmts #0331 (1/27-2/22), b) FMV of real estate (7000 & 12735), c) payoff of real estate, d) LF90, e) LF67, f) affidavit of rent (5445), g) amend plan to include IVL, h) amend plan to fund properly, i) file motion to value and set for hearing, j) reaffirm, redeem or surrender Sch D creditors, k) creditor on plan not listed in Sch's, l) obj/conform to cl#3, m) amend plan to pay CH7 of $11,989.00, n) rental income not on CMI (see Sch I), o) amend plan to pay CMI/DI of $115,952.40, p) place correct creditor info in plan with complete address and acct #, q) cram down amount exceeds rented, r) explain $1950 & $400 cash withdrawal on 1/28 & $1300 on 12/7
**NEW ISSUES:** a) amend plan to correct total plan payment to cr's in cram down, b) amend Sch D to provide description of properties, c) file 2016(b), d) obj/conform to cl#2, #7 & DE#29, e) plan & SOFA #9 do not match-Amend, f) amend plan to provide for Melrose in secured portion of plan

*IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM ON MAY 20, 2013 OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR***

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402