

**ORDERED in the Southern District of Florida on June 18, 2013.**

A. Jay Cristol, Judge
United States Bankruptcy Court

```
                UNITED STATES BANKRUPTCY COURT
                  SOUTHERN DISTRICT OF FLORIDA
IN RE:

MIRIAM ENRIQUETA VILLENA              CASE NO: 13-14440-BKC-AJC


                DEBTOR(S)
_____/
```

ORDER REINSTATING CHAPTER 13 CASE

This matter came to be heard on  June 18, 2013      , on the debtor's motion to reinstate case.  The court, if applicable, has entered an order reoping the case and the debtor has paid all required reopening fees.  Base on the record, it is

ORDERED as follows:

1) The motion is granted and this case is REINSTATED.  Pursuant to 11 U.S.C. ss. 362(c)(2)(B), the automatic stay termininated on the date this case was dismissed and was not in effect from that date until the entry of this order.
2) The Trustee's Final Report, if any filed, is deemed withdrawn the Order Discharging Trustee, if entered, is deemed vacated.

3) the following checked provisions(s) also apply:

[ ] The case was dismissed before the ss. 341 meeting of creditors was held.  A new ss. 341 meeting of creditors and confirmation hearing shall be set and noticed to all parties of record by the Clerk of Court.  The notice shall also establish a new deadline to file proofs of claims and deadline to file a motion objecting to discharge under ss. 1328(f) or to file a complaint objecting to dischargeability of certain debts.

Page 1 of 2

LF-66 (rev 04/29/2011)

[X] This case was dismissed after the ss. 341 meeting of creditors was conducted but prior to or at the hearing on confirmation. (If applicable) A further ss. 341 meeting will be conducted on             at           at 51 SW First Avenue, Room 102, Miami FL. A new confirmation hearing is scheduled for July 16, 2013 at  1:35 PM in courtroom 1410 at 51 SW First Avenue, Miami, Florida. The deadline to file a motion objecting to discharge under ss 1328 (f) or to file a complaint objecting to dischargeability of certain debts, is August 18, 2013    . The deadline for filing claims (except for governmental units) is September 18, 2013   . Previously filed claims need not be refiled.

[ ] This case was dismissed after the ss. 341 meeting of creditors and after the expiration of the deadline to file a motion objecting to discharge under ss. 1328(f) or to file a complaint objecting to dischargeability of certain debts and the origianl deadline to file claims, but prior to or at the hearing on confirmation.  No new deadlines shall be reset.  (If applicable) A further ss. 341 meeting will be conducted on                               at 51 SW First Avenue, Room 102, Miami, Florida.  A new confirmation hearing is scheduled for July 16, 2013         at  1:35 PM in courtroom 1410, at 51 SW First Avenue, Miami, Florida.

[ ] This case was dismissed after the ss. 341 meeting of creditors and confirmation hearing and expiration of the deadline to file a motion objecting to discharge under ss. 1328(f) or to file a complaint objecting to dischargeabilaity of certain debts and the original claims bar date.  No new ss. 341 meeting, confirmation hearing, or dedalines shall be set, and the case shall proceed in the normal course under the confirmed plan.

[X] If this box is checked, the following provision applies:

As a condition of reinstatement of this case and in order to provide protection of creditors' vested interests, in the event of conversion to another chapter or dismissal of this reinstated case prior to confirmation, all plan payments made to the trustee prior to entry of an order of conversion or dismissal shall be paid to adminstrative, secured, and priority creditors pursuant to the terms of the last filed plan, less any fees and costs, and not returned to the debtor.

###

Copies to:
All parties of record by the Clerk of Court